JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL EUGENE SAVOLT, | Case No. CV 14-2185-MWF (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 16, 2015

_____

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE